IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REYNALDO REYES | : | CIVIL ACTION |
| *on Behalf of Himself and All Others* | : | |
| *Similarly Situated* | : | No. 10-345 |
| | : | |
| v. | : | |
| | : | |
| ZION FIRST NATIONAL BANK, et al. | : | |

## ORDER

AND NOW, this 21st day of March, 2012, it is ORDERED:

- Defendants Zions First National Bank, NetDeposit, LLC, and MP Technologies' Renewed Motion to Dismiss Plaintiff's Amended Complaint (Document 85) is DENIED;

- Defendant Teledraft, Inc.'s Renewed Motion to Dismiss the Amended Complaint (Document 87) is DENIED;

- Defendant National Penn Bank's Renewed Motion to Dismiss Counts III and IV of Plaintiff's Amended Complaint (Document 82) is GRANTED;

- Defendants Wells Fargo Bank, N.A. and Wachovia Bank, N.A.'s Renewed Motion to Dismiss Plaintiff's Amended Complaint (Document 83) is GRANTED; and

- Defendants National Penn Bank, Wells Fargo Bank, N.A., and Wachovia Bank, N.A. are DISMISSED as parties to this action.

BY THE COURT:


\s\ Juan R. Sánchez
Juan R. Sánchez, J.