IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REYNALDO REYES | : | CIVIL ACTION |
| *On Behalf of Himself and All Others* | : | |
| *Similarly Situated* | : | No. 10-345 |
| | : | |
| v. | : | |
| | : | |
| ZIONS FIRST NATIONAL BANK, et al. | : | |

# ORDER

AND NOW, this 23rd day of September, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiff Reynaldo Reyes's Motion for Class Certification (Document 140) is DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.