IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REYNALDO REYES | : | CIVIL ACTION |
| *On Behalf of Himself and All Others Similarly Situated* | : : | No. 10-345 |
| | : | |
| v. | : | |
| | : | |
| ZIONS FIRST NATIONAL BANK, et al. | : | |

## ORDER

AND NOW, this 9th day of March, 2016, upon consideration of Defendants Zions First National Bank, MP Technologies d/b/a Modern Payments, and NetDeposit LLC's Motion for Reconsideration or, in the Alternative, for Leave to File an Interlocutory Appeal Under 28 U.S.C. Section 1292(b) and Plaintiff's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 230) is DENIED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.